# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1353**

**KA 09-01269**

PRESENT: FAHEY, J.P., PERADOTTO, LINDLEY, GREEN, AND GORSKI, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

KAREN SOLOVEY, ALSO KNOWN AS KAREN M. SOLOVEY,
ALSO KNOWN AS KAREN GRISANTE, DEFENDANT-APPELLANT.

E. ROBERT FUSSELL, P.C., LEROY (E. ROBERT FUSSELL OF COUNSEL), FOR
DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered June 11, 2009. The judgment convicted
defendant, upon her plea of guilty, of attempted criminal possession
of a forged instrument in the second degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered: December 23, 2011                        Frances E. Cafarell
                                                  Clerk of the Court